IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WYOMA IVY, as Mother and**        **PLAINTIFF**
**Administratrix of the Estate of Michael**
**Steven Young, Jr., deceased**

**V.**        **NO. 4:20-CV-173-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, et al.**        **DEFENDANTS**

## ORDER

On January 25, 2021, Mississippi Department of Corrections, Nathan "Burl" Cain, Mississippi State Penitentiary, and Timothy Morris filed a motion to dismiss Wyoma Ivy's claims against them. Doc. #17. After the motion was filed, the parties stipulated to the dismissal of the moving defendants with prejudice. Doc. #30.[1] Accordingly, the motion to dismiss [17] is **DENIED as moot**.

**SO ORDERED**, this 4th day of May, 2021.

                                            /s/Debra M. Brown
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] After the stipulation was filed, Ivy filed an amended complaint still naming Morris as a defendant. Doc. #32. The parties subsequently filed an additional stipulation dismissing Morris with prejudice. Doc. #34.