IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WYOMA IVY, as Mother and**
**Administratrix of the Estate of Michael**
**Steven Young, Jr., deceased**                                            **PLAINTIFF**

**V.**                                                                     ACTION NO.: 4:20-cv-173-DMB-JMV

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, et al.**                                                                       **DEFENDANTS**

## ORDER LIFTING STAY

The Defendants' motion [17] having been denied as moot by Order [35], consistent with Order [20] entered February 11, 2021, the stay is lifted.

**SO ORDERED**, this the 7th day of May, 2021.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**