# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WYOMA IVY, as Mother and Administratrix of the Estate of Michael Steven Young, Jr., deceased**                        **PLAINTIFF**

**v.**                                                      **NO.: 4:20-CV-173-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**                                      **DEFENDANTS**

## ORDER

The Plaintiff has filed a Motion for Stay of Proceedings Due to Death of Wyoma Ivy [53]. For good cause shown and being notified that the motion is unopposed, the court finds that the motion is well-taken and should be granted as follows:

The action is stayed for the earlier of the filing of a motion to substitute party by the Plaintiff, or the expiration of ninety (90) days from the date of this order.

**SO ORDERED**, this, the 12th day of August, 2021.

                                                         /s/ Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE