# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ALVITA BARNES**
*as Sister and Administratrix of the Estate of*
*Michael Steven Young, Jr., Deceased* **PLAINTIFF**

**V.** **NO.: 4:20-cv-173-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, et al.** **DEFENDANTS**

## ORDER

Before this court is the Plaintiff's First Motion to Substitute Party [53] and the Motion for Extension of Time to Filing Additional Briefing [66]. Given that the court has ruled on the amended motion to substitute party by Order, dated February 24, 2022, for which the motions were made, the aforementioned motions [53, 66] are terminated as moot.

**SO ORDERED** this, the 3rd day of March, 2022.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**